EXHIBIT# 1 - BWP Media USA Inc. d/b/a Pacific Coast News v. INSTINCT PUBLISHING, INC.

| COPYRIGHTED IMAGE | INFRINGEMENT#1 OF 4 | | WEB PAGE CAPTURE |
|---|---|---|---|
|  | Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News<br>Photo ID Number: 10321547<br>Date Taken: 01/06/2014<br>Photo Description: Joe Jonas relaxes on the beach in Hawaii.<br><br>Application Number: 1-1163897072<br>Copyright Registration Date: 01/22/2014<br>Registration Number: VA 1-898-832 | Domain: instinctmagazine.com<br>URL:         http://instinctmagazine.com/post/jonas-brothers-go-shirtless-hawaiian-vacation<br>Observed Date: 01/24/2014 | |
| **COPYRIGHTED IMAGE** | **INFRINGEMENT#2 OF 4** | | **WEB PAGE CAPTURE** |
|  | Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News<br>Photo ID Number: 10321553<br>Date Taken: 01/06/2014<br>Photo Description: Nick Jonas and Olivia Culpo on the beach in Hawaii.<br><br>Application Number: 1-1163897072<br>Copyright Registration Date: 01/22/2014<br>Registration Number: VA 1-898-832 | Domain: instinctmagazine.com<br>URL:         http://instinctmagazine.com/post/jonas-brothers-go-shirtless-hawaiian-vacation?page=0%2C1<br>Observed Date: 02/04/2014 | |
| **COPYRIGHTED IMAGE** | **INFRINGEMENT#3 OF 4** | | **WEB PAGE CAPTURE** |
|  | Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News<br>Photo ID Number: 10321551<br>Date Taken: 01/06/2014<br>Photo Description: On Monday January 6, 2014, Nick Jonas relaxes on the beach in Hawaii.<br><br>Application Number: 1-1163897072<br>Copyright Registration Date: 01/22/2014<br>Registration Number: VA 1-898-832 | Domain: instinctmagazine.com<br>URL:         http://instinctmagazine.com/post/jonas-brothers-go-shirtless-hawaiian-vacation?page=0%2C2<br>Observed Date: 02/04/2014 | |

EXHIBIT# 1 - BWP Media USA Inc. d/b/a Pacific Coast News v. INSTINCT PUBLISHING, INC.

| COPYRIGHTED IMAGE | INFRINGEMENT#4 OF 4 | | WEB PAGE CAPTURE |
|---|---|---|---|
|  | Photo Owner: FameFlynet, Inc.<br>Photo ID Number: 10309093<br>Date Taken: 09/05/2013<br>Photo Description: 'Fast & The Furious' actor Paul Walker gets ready to do a photo shoot on the beach for Davidoff's Cool Water cologne in Oahu, Hawaii on September 5, 2013.<br>Copyright Application Date: 07/15/2014<br>Application Number: 1-1590346462<br>Copyright Registration Date: 07/15/2014<br>Registration Number: VA0001913702 | Domain: instinctmagazine.com<br>URL:  http://instinctmagazine.com/post/primal-instinct-paul-walker-goes-shirtless-ocean<br>Observed Date: 02/04/2014 | |

x

02/09/2015 11:00:41