# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BWP MEDIA USA, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> INSTINCT PUBLISHING, INC., <br><br> Defendants. | Case No. CV 15-903-GW(RZx) <br><br> **ORDER TO DISMISS WITH PREJUDICE** |

Based upon the Stipulated Notice of Voluntary Dismissal With Prejudice, it is hereby ORDERED that this action is hereby dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated: November 20, 2015       BY THE COURT

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE